UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 09-61146-CIV-MORENO**

JEFFREY D. BIANCHI,

    Plaintiff,

vs.

UNIVERSAL FIDELITY, LP,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN A CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon Defendant's Notice of Operation of Automatic Stay (**D.E. No. 15**), filed on **February 2, 2010**.

Defendant has filed for reorganization pursuant to Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida. 11 U.S.C. § 362(a) automatically operates to stay this cause. Accordingly, it is

**ADJUDGED** that:

(1)    The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

(2)    The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

(3)    This order shall not prejudice the rights of the parties to this litigation.

(4)     Plaintiff SHALL notify the Court by **May 14, 2010** and every 3 months thereafter of the current status of the Bankruptcy proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of February, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record